

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-19-00200-CV

IN THE INTEREST OF A.L. AND D.L., CHILDREN

On Appeal from the 100th District Court
Carson County, Texas
Trial Court No. 12073, Honorable Stuart Messer, Presiding

July 15, 2019

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Appellant V.G. appeals the termination of her parental rights to A.L. and D.L. Appellant filed a notice of appeal without paying the requisite filing fee. By letter dated June 25, 2019, this Court notified appellant that the filing fee was overdue and directed her to either pay the filing fee, amend her notice of appeal to indicate that she is presumed indigent, or file a Statement of Inability to Afford Payment of Court Costs by July 8. TEX. R. APP. P. 25.1(d)(8), 20.1. Failure to do so, we admonished, would result in dismissal of the appeal. TEX. R. APP. P. 42.3(c). To date, appellant has not paid the filing fee, amended her notice of appeal, communicated to the Clerk of this Court that she is presumed indigent, or sought leave to proceed without the payment of court costs.

Accordingly, we dismiss the appeal because appellant failed to comply with a requirement of the appellate rules and an order of this Court. Tᴇx. R. Aᴘᴘ. P. 42.3(c).


Per Curiam